No. 86–2042.   STANDLEY ET AL. *v.* UNITED STATES TAX COURT (COMMISSIONER OF INTERNAL REVENUE, REAL PARTY IN INTEREST).   C. A. 9th Cir.   Motion of petitioners to consolidate this case with No. 86–1217, *Russoniello et al.* v. *Olagues et al.* [certiorari granted, 481 U. S. 1012], denied.   Certiorari denied.

No. 86–2068.   HARDIN *v.* MCMASTER.   C. A. 5th Cir.   Motion of petitioner for leave to proceed as a veteran denied.   Certiorari denied.   ▮